**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**MICHAEL J. JETER, OSB #165413**
Assistant United States Attorney
Michael.Jeter@usdoj.gov
**JOSHUA KELLER, NYSB #4297396**
Assistant United States Attorney
Joshua.Keller@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
         *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JESSE WARDEN,** | **Case No. 6:25-cv-01467-MC** |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| **RICHARD FORDYCE; BROOKE ROLLINS, U.S. SECRETARY OF AGRICULTURE; U.S. DEPARTMENT OF AGRICULTURE, FARM PRODUCTION AND CONSERVATION,** | |
| Defendants. | |

Defendants, by and through the undersigned counsel, hereby give notice of the following substitution of counsel in this matter. Assistant United States Attorney Joshua Keller is substituted for Assistant United States Attorney Michael J. Jeter as counsel for Defendants. Pursuant to Local Rule 83-11(d), Michael J. Jeter consents to the substitution.

Submitted on this 5th day of March, 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Joshua Keller*
JOSHUA KELLER
Assistant United States Attorney

*/s/ Michael J. Jeter*
MICHAEL J. JETER
Assistant United States Attorney
Attorneys for Defendants